**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EDALEENE SHERRIE SMITH,  )NO. CV 11-09052 ABC (SS)
                          )
            Petitioner,   )
                          )
        v.                )            **JUDGMENT**
                          )
CALIFORNIA COUNTY OF CORRECTIONS, )
                          )
            Respondent.   )
_____)


     Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,


     IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.


     DATED: May 24, 2012

                              _____
                              AUDREY B. COLLINS
                              CHIEF UNITED STATES DISTRICT JUDGE